IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01520-RPM-CBS

CHRISTINEAN COLLINS,

    Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [13] filed on September 21, 2007, it is

    ORDERED that this action is dismissed on its merits with prejudice, each party to pay their own attorney's fees and costs.

    DATED: September 24th, 2007

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge